IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERT MOLINARO,<br><br>Defendant. | No. C 05-01750 WHA<br><br>**ORDER TO APPEAR** |

The case management conference in this action has now been twice continued due to defendant's failure to appear. Defendant Albert Molinaro is hereby **ORDERED TO APPEAR** at the case management conference on **SEPTEMBER 8, 2005 AT 3:30 P.M.**, or show good cause why he cannot. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: August 25, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE