IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation, ARISTA RECORDS LLC, a Delaware limited liability company, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALBERT MOLINARO,<br><br>　　　　Defendant.<br>_____ / | No. C 05-01750 WHA<br><br>**ORDER VACATING ORDER TO APPEAR** |

Good cause having been shown for defendant Albert Molinaro's failure to appear at the case management conferences, the previous order to appear, filed on August 25, 2005, is **VACATED**. The Clerk is requested to add the appended letter from Eureka Veterans Clinic to the case file. In addition, plaintiffs must either amend the complaint with the correct defendant or, if the matter is settled, voluntarily dismiss this action by **SEPTEMBER 29, 2005**. Otherwise, this action will be dismissed by the Court at that time.

**IT IS SO ORDERED.**

Dated: September 8, 2005

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE